IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUCIEN SNYDER,** | : | No. 4:23cv1132 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **LARSON DESIGN GROUP, INC,** | : | |
| **Defendant** | : | |

............................................................................................................

## ORDER

**AND NOW**, this 26 day of March 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1) Defendant Larson Design Group, Inc.'s motion to dismiss (Doc. 15) is **GRANTED** in part and **DENIED** in part;

2) Defendant's motion to dismiss plaintiff's requests for compensatory damages in Count III and Count VI of the amended complaint will be **GRANTED** as unopposed;

3) Defendant's motion to dismiss Count III of the amended complaint is otherwise **DENIED**; and

4) Defendant's motion to dismiss Counts IV and V of the amended complaint is **GRANTED**. Counts IV and V are **DISMISSED** without prejudice. Plaintiff may file a second amended complaint asserting any additional

facts regarding administrative exhaustion within twenty (20) days of the date of this order.

BY THE COURT:

/s/ Julia K. Munley

JUDGE JULIA K. MUNLEY
United States District Court